

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Bobby Sewell,

Vs. No. 11-19-00121-CV

City of Odessa, DC Oris, Jesse Duarte,
Daryl Smith, Leslie Goodson,
Joe Barrera, and Bill Carpenter,

\* From the 161st District Court
of Ector County,
Trial Court No. B-16-10-0948-CV.

\* April 30, 2021

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Williams, J., and Wright, S.C.J.,
sitting by assignment)
(Trotter, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Bobby Sewell.